UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIMOTHY LEE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02247-TWP-TAB |
| | ) | |
| SOUTHEASTRANS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 2:30 p.m. on October 3, 2022,** before Magistrate Judge Tim A. Baker.  Parties shall appear by counsel.  The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.  The purpose of this conference is to address case status and settlement.

Date: 9/12/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.