IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TIMOTHY LEE MILLS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SOUTHEASTRANS, INC.,**<br><br>**Defendant.** | Case No. 1:21-cv-02247-TWP-TAB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Timothy Lee Mills and Defendant Southeastrans, Inc., all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

By: */s / John Emry (with permission)*
John Emry, #8360-49
62 W. Jefferson Street
Franklin, IN 46131-2311
Telephone:   (317) 736-5800
Email:   johnemry1@yahoo.com

*Attorney for Plaintiff*

By: */ s / Rebecca L. Loeffler*
Rebecca L. Loeffler, #25498-75
Toni M. Everton, #23916-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone:   (317) 237-3975
Facsimile:   (317) 237-3900
Email:   rloeffler@fbtlaw.com
             teverton@fbtlaw.com

*Attorneys for Defendant*

Dated: December 14, 2022

LR00005.0751228   4875-1934-9309v1