IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TIMOTHY LEE MILLS,** | |
| Plaintiff, | |
| vs. | Case No. 1:21-cv-02247-TWP-TAB |
| **SOUTHEASTRANS, INC.,** | |
| Defendant. | |

### ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff Timothy Lee Mills and Defendant Southeastrans, Inc., by their respective counsel, and hereby file their Joint Stipulation of Dismissal with Prejudice.

And the Court being duly advised in the premises, now find the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Stipulation of Dismissal with Prejudice filed in this matter is hereby approved.

Date: 12/15/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

LR00005.0751228   4874-4011-6285v1